**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry Clemons, | No. CV-21-00372-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| L&R Meats Limited, et al., | |
| Defendants. | |

The Court having considered Parties' Joint Motion to Approve Settlement and Dismiss Suit. (Doc. 42), and good cause appearing,

**IT IS ORDERED** the Joint Motion to Approve Settlement and Dismiss the Suit (Doc. 42) is GRANTED and the Settlement and Release Agreement between the parties is approved as a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act; and

///
///
///
///
///
///
///
///

**IT IS FURTHER ORDERED** that the above-captioned and numbered action is dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated this 21st day of December, 2022.

James A. Teilborg
Senior United States District Judge